Fordham Park Apartments, Inc., Landlord, Appellant, *v.* "Jane" Kossoff, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, April 5, 1945.

*Michael Goldberg* for appellant.

*Albert W. Richman* for respondent.

MEMORANDUM *Per Curiam.* The good faith of the landlord was established by proof that the alterations were actually being made.

There was no question of fact for the jury to determine.

The final order should be reversed, with $30 costs, and final order directed in favor of landlord as prayed for in petition, with costs. Appeal from orders dismissed.

McLAUGHLIN and HECHT, JJ., concur in memorandum *Per Curiam;* SHIENTAG, J., dissents.

Final order reversed, etc.